# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

Pittsburgh Division

| | |
|---|---|
| Micah Anderson <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> PNC Financial Services Group Inc <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 2:22CV425 <br> _(to be filled in by the Clerk's Office)_ <br><br> RECEIVED <br> MAR 10 2022 <br> CLERK <br> FOR THE ... DISTRICT <br> OF PENNSYLVANIA |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Micah Anderson
  Street Address: 651 S Wells Apt 112
  City and County: Chicago, IL 60607
  State and Zip Code:
  Telephone Number:
  E-mail Address: FFRFR039@gmail.com

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

My Address
Mitch Anderson
651 S Wells Apt 1R
Chicago, IL, 60607
FFRFR039@smail.com

(Defendants Mailing Address)

Alexandra David
Title:
Address: PO Box 43004
Providence, RI, 02240

Corporate Headquarters
PNC Financial Services Group Inc
The Tower at PNC Plaza
300 Fifth Ave
Pittsburgh, PA, 15222-

Donnelley Financial Solutions
Title: PNC Transfer Agent
75 Park Place New York
NY, 10007

William S Demchak
PNC Financial Services
300 Fifth Ave
Pittsburgh, PA 15222

Gregory H Kozich
PNC Financials
300 Fifth Ave
Pittsburgh, PA, 15222

Robert Q Reilly
PNC Financial Services
Pittsburgh, PA, 15222

Rea G Powell
PNC Financial Services
Pittsburgh, PA 15222

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Micah Anderson, is a citizen of the State of *(name)* IL.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* PNC Financial Services, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 6

  b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

1) My Investments with The company PNC, My
2) Certificat Custodial Asset of My Insurance Vault
 1,000,000.00  I Dont Have Access To my Accounts
3) Anti Trust.    See Attach, I attach The CLAIM.
         CLAIM

B. What date and approximate time did the events giving rise to your claim(s) occur?

April, 2019.

9)

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My investments with PNC are My Certification VOT Bond I attach - Registered with the Security exchange Commission.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The Company Registered with the Certificate TIC TOK AHAVI Access to my VITAL Certification Records From the Certificate At PNC. The Bio-Tech At PNC TWITTER Mr. a. real. Person - The Infrastructure Pages Are using my Vital Data From Certificate At PNC or My Custodial Assest. That I want ~~Stop Corse Money Damages cant help If~~ The Company Continue to use Media with Radio frequency.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1) To Restraining order on the TIKTOC Social for My Certificate At PNC 1)Mr. a, real_person Certificate Z 000000 (Exh 4) For PNC Due To Anti Trust And Amendment 5 violation Holding My Property.

To Be Secure.

2) To Put estopel - Restraining order on the Donnelley Financial Solution Hedge with My Investments And which Registered with My Vitals Certification Number

Why: The Registration of The Company can Access my Health portal Records for Three grants. And cause an

☐ Requesting A Jury Trial

Page 5 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/03/2022

Signature of Plaintiff
Printed Name of Plaintiff   Micah Anderson

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Micah Anderson
V.
PNC Financial Services, Inc.,

## COMPLAINT

1) My Custodial Assest Certificate for PNC common stock certificate number ZQ 000000 for PNC Services Group Inc.   Exh 1

2) The Person Holding My Custodial Assest Mr. Alexandra David for My Computer Share Transfer Agent Authorized By Chairman of the PNC PO Box 43004, Providence RI 02940.   EXH 1

3) The Starting Amount of My Investments were 600,20.00 Six Hundred Thousand and Twenty   EXH 1

4) My Certificot Insurence Value Stated at 1,000,000,00
My Certificatte Investments were Held By Mr Alexandra David I Dont Have My Investments   EXH 1

5) My Social Certificates for the Certificate This was My Media Data Reoit for Certificate ZQ 00000 at PNC.   EXH 2

6) My Proof of My Social on Certificate at PNC Holding All My Social Data for the PNC. Astrail Fist I Dont Have My Social Data The Data was Connected with My Internal-Biological Implant Body Device Data.   EXH 3

7) My Social For The Certificate at PNC Financial Services For Tick Toc MR_a_real_Person for My Social graphics for the PNC on My Certificate ZQ 00000 Dont Have My Data For the PNC I Need.   EXH 4

Micah Anderson         )
V.                     )
PNC Financial Services Inc )
                       )
                       )

## COMPLAINT

The PNC Registered for Security Exchange Commission my Investments for Inside Trades File NO S7-31-99, for Certificate Release NO 33-7881, 34-43154, IC-24549 RIN 3235-AH82 Witness Richard A Levine, Sharon Zamore, Jacob Lesser for the Supplementary Information   EXH 5

The Secretary for the Commission was Jonathan G Katz 150 Fifth Street NW Washington, DC 20549. This Secretary handled my Filings of Reporters and the Issue for the PNC Financials Services INC   EXH 6

The PNC Proxy for my Investments 3 Admission Tickets the Secretary Directors. Joseph Alvarado Handling the Filings., Marjorie Rodgers Cheshire, Linda R. Medler, Michael J Ward, Charles E Bunch, William S Demchak, Daniel R Hesse, Martin Pfinsgraff, Debra A Cafaro, Andrew T. Feldstein, Richard B Kelson, Toni Townes, Hilley April, 23, 2019   EXH 7A

his Registration At the PNC Financial Inc Solicitanting the Full Power of the sub situation William S Demchak, Robert Q Reilly and Alicia G Powell Acting as Undersign   EXH 7C

Micah Anderson )
v. )
PNC Financial Services Inc. )
)

## CLAIM

2
The Attorney in Fact Reporting for the Issues at the PNC Financials Services Group Inc was Alicia G Powell the Amount of Shares - Securities 7,303 Price 204.99. 1/16/2021 for a Reporter Name Fallon Kieron John This was pursuant to Rules Adoption EXH 8 2020 of ~~December~~ December 9

3
The OMB Office Management Budget for the PNC for Title Certification of Vaccination Agency: Connie Bodner 1-26-2021 Expires 02/28/2022 RCFIA 202108-3137-603CF Showing the Number of Burden Annual Number 100- EXH 9

1
The Federal Register for May 1, 2020 for the PNC Director CFO David Buttom for the F.R. Handling the Supplemental filings Following c/o Cynthia Roscoe EXH 10

The Assistant Secretary J Matthew DeLes Dernier for Handling the Correspondence of the Federal Registry for PNC.

Mitch Anderson                            )
v                                         )
PNC Financial Services Group Inc          )

## COMPLAINT

16
The Security Exchange Transfer Agent For My Hedge Funds or The PNC Financial Services Group Reports My Hedge for The PNC. The Address To The PNC Donnelley CIK
EXH. 11

1
Donnelley Solutions were in charge of The Security Exchange reporters AND Issue For The PNC. Reporting All My Investments AND Titles For The PNC Services.
EX# 11

Dont Have My Investments or My Records from The Agent Donnelley Financial Solutions Group INC.

Attach My Investments For The Quarter Ended 09-30-2021
3F. NO. 1) 028-5284 PNC BANK, NATIONAL ASSOCIATION
) 028-1366 3PNC DELEWARE TRUST COMPANY  3) 028-1641 SPNC Investments LLC
EX# 12

Complaint

20 Managing; My Investments Number of Entry Total 4,132
Manager 3 PNC National Association, Delaware Trust Company
Investment LLC Managing My Investments
For the Institutional Investment Manager PNC Financial
eruces Group                                                                EXH 12

21 he Reporter on Behalf of signing the 13F Report
Gregory H Kozich   Title Senior VP & Controller
11-05-2d  Reported For My Investment                EXH 12
And Title Estates. For the Institution.

22 I Attach My Investments From the Company Reported By
Gregory H Kozich That I Dont Have My Files or My
Property Title Cusip. (Form 13F Cover page)

3 he Investments Were My Investments At the PNC
inancials. The proof of the Registry of Issue on the
Security Exchange Commission ARF Files on My
Vital Record Certification Bond # 696 3591 -

4 I could not get Access to My Investments But My
ond Investments That Reported By the VP Gregory
H Kozich.

)
)
)

Complaint

25
On 11/23/2021 on Fax Address - 2059126155
Serial No     A7PU017000214    I got no
Response.              See ( Exh    18 )

26
Also For The Donnelley solution each SEC AIT
Have A INSider trading documents Reported By
Donnelley financial solution Registered with My CIIC
6001193125 I Attach The List of The
Registered SEC AIT IN Connection With My
Vital Bond Certification Numbe For The Hedge
OF My INVestment.

27 the MR - Real Person
The TIKTOK company Hold My Graphic An Real person
Graphic And Designs - Registered with 4 sishts
Web.
1) How to used TIk tock to market Real estate
Atlante agent magazine since 2020/06/05
2) CNBC since 2019/11/01  The web sisht
Registered social media with My Medical Number
use of Bio metrics. My Graphices
A Nonymous 8/14/21  12:22;  10#. bd 6cd7
                                              # VH00025687
No 1438-1921 was using my Health DATP   89
Which Violated fifth Amendment.

(F)

~~Defendants~~

US District Court

Summons in a Civil Action

Alexandra David
Title:
Address: P.O. Box 43004
Providence, RI, 02940

Corporate Headquarters
PNC Financial Services Group Inc
The Tower at PNC Plaza
300 Fifth Ave
Pittsburgh, PA, 15222-

Donnelley Financial Solutions
Title: PNC Transfer Agent
75 Park Place New York
NY, 10007

William S Demchak
PNC Financial Services
300 Fifth Ave
Pittsburgh, PA 15222

Gregory H Kozich
PNC Financials
300 Fifth Ave
Pittsburgh, PA, 15222

Robert Q Reilly
PNC Financial Services
Pittsburgh, PA, 15222

Lea G Powell
PNC Financial Services
Pittsburgh, PA 15222

MICAH Anderson

v.

PNC                             )
                                )
                                )
                                )
                        03/03/2022

# AFFIDAVIT

I, Micah Anderson statement the truth.

The PNC Financials Services were Holding My Investments on My Certificates VITMS Number 6963591 In The Security Exchange Commission were the Reports Showed The Reports of the PNC.

The TIKTOC Services For my certificate on my PNC Custodial Assest ZQ00000 was the Services For my Records At The PNC.

Micah Anderson
FFRFR0390
gmail.com

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Micah Anderson

*Plaintiff(s)*

v.

Civil Action No.

PNC Financials Services Group

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ~~DAVID ALEXANDER~~ ~~PO Box~~ ~~PITTSBURGH PA~~ ~~RT-8220~~

Gregory H Kozich
300 Fifth Ave
Pittsburgh, PA, 15222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Micah Anderson
FFRFR039@gmail.com
651 S Wells Apt 112
Chicago, IL, 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

See ATTACH

CLERK OF COURT

Date: 03/03/2022

*Signature of Clerk or Deputy Clerk*

Micah Anderson )
V. )
PNC Financial Services Group
INC )

03/03/2022

Proof of Service

I mail from the post office on 03/03/2022 to the Pitsburg Clerk of Court in the District 700 Grant

TO:
Clerks of District PA
700 S Grant St #3110
Pitsburgh, PA, 15219

From
Micah Anderson
FFRFRO39B@gmail.com

Micah Anderson
651 S Wells
Chicago, IL 60687
FFRFR